**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JIMMY WAYNE SPARKS**                                                                  **PLAINTIFF**
**ADC #650871**

**v.**                                    **CASE NO. 3:20-CV-00289-BSM**

**BRYCE COOK**                                                                            **DEFENDANT**

**ORDER**

Jimmy Sparks's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice. He did not submit a certificate and calculation sheet signed by an official at the Poinsett County Detention Center. *See* 28 U.S.C. § 1915(a)(2). He is directed to file a complete *in forma pauperis* application within thirty days. The clerk is directed to send Sparks an application, along with a copy of this order.

Sparks is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires him to (1) promptly notify the court and the parties if he changes addresses; (2) monitor the progress of his case; and (3) diligently prosecute or defend the case. He is also expected to be familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the clerk. The Federal Rules of Civil Procedure are available in many libraries (including this court's library) and bookstores.

IT IS SO ORDERED this 24th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE