# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JIMMY WAYNE SPARKS**  **PLAINTIFF**
**ADC #650871**

v.   CASE NO. 3:20-CV-00289-BSM

**BRYCE COOK**  **DEFENDANT**

## ORDER

Jimmy Sparks's complaint [Doc. No. 2] is dismissed without prejudice because he failed to timely pay the filing fee or submit a complete motion to proceed *in forma pauperis*. *See* Doc. No. 3.

IT IS SO ORDERED, this 30th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE