# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JIMMY WAYNE SPARKS**  **PLAINTIFF**
**ADC #650871**

v.   CASE NO. 3:20-CV-00289-BSM

**BRYCE COOK**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 30th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE